FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-21-00036-CR

**EX PARTE NOEL PARKS**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000092
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On February 3, 2021, appellant Noel Parks filed a notice of appeal stating her intent to appeal an order denying her Application for Writ of Habeas Corpus or, in the Alternative, Motion to Set Bond in case number CR-19-0000092. Appellant's notice of appeal states the trial court denied her application in case number CR-19-0000092 on January 27, 2021. While the clerk's record contains an agreed order setting a hearing on appellant's application for that date, the record does not contain a written order on the merits of appellant's application. In response to this court's inquiry, the trial court clerk confirmed the trial court did not sign any orders in case number CR-19-0000092 on or after January 27, 2021.

Our jurisdiction over appeals of pretrial habeas matters is limited to review of the trial court's written order on the merits of the application. *See Ex parte Hargett*, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991); *Ex parte Perryman*, No. 04-14-00713-CV, 2014 WL 5840164, at *1 (Tex. App.—San Antonio Nov. 12, 2014, no pet.) (not designated for publication). Because the clerk's record does not contain a written order on the merits of appellant's application, we **ORDER** appellant to file, **by April 9, 2021,** a response showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court